UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SMOKE AND VAPE, et al.,<br><br>        Defendants. | Case No.  23-cv-00753-AMO<br><br>**ORDER**<br><br>Re: Dkt. No. 12 |

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint to Substitute Defendants. No Defendant has yet been served in this lawsuit. Accordingly, no opposition to the Motion is anticipated. Having reviewed the motion, and good cause appearing, the Court GRANTS Plaintiff's motion. Plaintiff must separately file the amended complaint on the docket on or before June 23, 2023.

This case was initiated by complaint filed in this Court on February 19, 2023. Dkt. 1. As noted above, no Defendant has yet been served. The 90-day period for Plaintiff to complete service has long since expired. *See* Fed. R. Civ. P. 4(m). The Court hereby gives notice that continued delay in serving Defendants will result in dismissal. *See id.* Plaintiff shall serve Defendants with the amended complaint and file proof of service on or before July 21, 2023.

**IT IS SO ORDERED.**

Dated: June 21, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge