UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOKUL PUDASAINI,<br><br>    Defendant. | Case No. 23-cv-00753-AMO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 39, 42 |

Plaintiff GS Holistic, LLC alleges trademark infringement and false designation of origin against Gokul Pudasaini d/b/a Smoke and Vape. After Defendant failed to appear, Plaintiff moved for entry of default, which was granted. *See* ECF 39, ECF 41, ECF 42. Since the entry of default on September 11, 2024, no papers have been filed.

Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b). Plaintiff shall file a written response to this order to show cause by January 24, 2025.

**IT IS SO ORDERED.**

Dated: January 2, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**